IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANA P. BLANKS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:08-cv-01092 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Griffin |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Lana P. Blanks' Motion for Judgment on the Administrative Record (Doc. No. 12) ("Motion"), which was filed along with a supportive Memorandum (Doc. No. 15). Defendant Commissioner of Social Security filed a Response (Doc. No. 20), and Plaintiff then filed a Reply (Doc. No. 23). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 24) ("Report") recommending that the Motion should be denied and that the action should be dismissed. *Id.* at 38. The Report was filed on April 7, 2011, and it provided a period of fourteen days in which either party could file an objection, *id.* at 39. On April 21, 2011, Plaintiff moved for an extension of time to file an objection to the Report, requesting that the deadline be moved from that very day to June 5, 2011. (Doc. No. 25.) This Court granted Plaintiff's request, but only allowed for an extension to May 12, 2011. (Doc. No. 26.) As of the date of this Order, Plaintiff has failed to file an objection.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **DISMISSES** this action.

It is so ORDERED.

Entered this ____25th____ day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT